**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California  93111
Telephone No.: 805.692.2800
Facsimile No.:  805.692.2801
sburnett@sbelaw.com
jfarley@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NANCY REDICAN, <br><br>             Plaintiff, <br><br> v. <br><br> TARGET CORPORATION; and DOES 1 to 50, <br><br>             Defendants. <br> _____/ | Case No. <br><br> [Los Angeles County Superior Court Case No. 21AVCV00402] <br><br> **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that defendant TARGET CORPORATION ("Target") hereby removes the state court action described below to the above-captioned court on the following grounds:

1. On or about May 18, 2021, plaintiff NANCY REDICAN ("plaintiff") filed Case No. 21AVCV00402 against Target in the Superior Court of California, County of Los Angeles, entitled *Nancy Redican v. Target Corporation*.

2. The Complaint was personally served on Target on May 25, 2021.  A true and correct copy of the Complaint is attached hereto as Exhibit 1.

3. As set forth below, this is a civil action between parties domiciled in different states, over which this court has original jurisdiction under 28 U.S.C. §

SNYDER BURNETT EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1

DEFENDANT'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§1332 AND 1441(b)

1  1332, and which may be removed to this Court by defendant pursuant to the

2  provisions of 28 U.S.C. § 1441(b).

3      4.    Plaintiff is, and at all relevant time was, a resident and citizen of

4  California, as indicated by the Palmdale, California address she provided to

5  defendant's employees after the slip and fall that is the subject of this lawsuit.

6      5.    Defendant is, and at all relevant times was, a corporation duly

7  organized and existing under the laws of Minnesota, with its principal place of

8  business in Minneapolis, Minnesota.  Defendant is not, and was not at any relevant

9  time, a citizen of California.

10     6.    Plaintiff also served a Statement of Damages on defendant on May 25,

11 2021.  The Statement of Damages indicates plaintiff is seeking $66,278.78 in

12 special damages and $250,000.00 general damages. A true and correct copy of the

13 Statement of Damages is attached hereto as Exhibit 2.

14     7.    The amount in controversy exceeds the $75,000 jurisdictional

15 minimum of this Court.

16     8.    The time within which defendant is required to file a Notice of

17 Removal has not yet expired.

18     9.    Removal to this Court is proper, as the Superior Court of the State of

19 California, County of Los Angeles, where this action was commenced, is located

20 within the Central District of California.

21     10.    Defendant will give written notice of the filing of this Notice as

22 required by 28 U.S.C. § 1446(d), and will also file a copy of this Notice with the

23 Clerk of the Los Angeles County Superior Court, as required by 28 U.S.C. §

24 1446(d).

25 ///

26 ///

27 ///

28 ///

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

2

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§1332 AND 1441(b)**

WHEREFORE, defendant respectfully requests that the above-captioned matter be removed to this Court.

Dated: June 24, 2021

SNYDER BURNETT EGERER, LLP

*/s/ Jessica Farley*

_____

By: Sean R. Burnett / Jessica Farley
Attorneys for Defendant TARGET CORPORATION

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §§1332 AND 1441(b)**