JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NANCY REDICAN,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 to 50,<br><br>    Defendants. | Case No. 2:21-cv-05134 DSF (SKx)<br><br>Hon. Dale S. Fischer<br><br>**ORDER RE STIPULATION TO DISMISS SEBASTIAN PACHECO AND BEDROS ATMAJIAN WITHOUT PREJUDICE AND REMAND CASE TO STATE COURT**<br><br>[Stipulation filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

Upon plaintiff NANCY REDICAN's dismissal of SEBASTIAN PACHECO and BEDROS ATMAJIAN from this case, without prejudice, this matter will be immediately remanded to Los Angeles County Superior Court, and defendant TARGET CORPORATION will produce employees SEBASTIAN PACHECO and BEDROS ATMAJIAN for deposition upon plaintiff's request or, if they become unemployed, will provide their last known address and phone number to plaintiff.

IT IS SO ORDERED.

DATED: July 21, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1

**ORDER RE STIPULATION TO DISMISS PACHECO AND ATMAJIAN WITHOUT PREJUDICE AND REMAND CASE TO STATE COURT**